# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Prepared Food Photos, Inc.

                        Plaintiff,

v.                                     Case No.: 1:23−cv−02390

                                     Honorable John F. Kness

Vijay G Gupta, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

      MINUTE entry before the Honorable John F. Kness: Telephonic motion hearing held on 12/14/2023. Motion by counsel to withdraw as attorney [28] is granted. Attorney Rishi Agrawal withdrawn as counsel of record for Defendant Vijay G Gupta, Urfoodsupply. As stated on the record, Defendants' motion to dismiss [23] is denied. A continued status hearing is set for 1/18/2024 at 9:00 AM. The case is stayed pending further order. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.